```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

ANNIE M. CAGLE                                            PLAINTIFF

vs.                 Civil Case No. 4:04CV02290 HLJ

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                            DEFENDANT

                            ORDER

   Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant has filed a Response, in which she states the parties have agreed that Plaintiff's counsel should be awarded $3,272.90 in fees for work performed before the district court and $50.84 in expenses incurred.  The court finds the agreement is reasonable.

   IT IS THEREFORE ORDERED that Plaintiff is awarded $3323.74 in fees and expenses.  The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

   SO ORDERED this 23rd day of June, 2006.


                              _____
                              United States Magistrate Judge